# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
34 MAP 2016

IN THE INTEREST OF: D.C.D., A MINOR   :    No. 773 MAL 2015
  :
  :
  :
PETITION OF: COMMONWEALTH OF    :    Petition for Allowance of Appeal from
PENNSYLVANIA    :    the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 29 day of March, 2016, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

     (1)      In interpreting Juvenile Court Rules 631 and 632; does a Juvenile Court abuse its discretion when it terminates delinquency supervision of a Juvenile Sex Offender early, despite also making a contemporaneous finding that the juvenile has a need for continued supervision and treatment requiring placement at a residential treatment facility based upon the escalating violations of sexually offending other patients while in a different Residential Treatment Facility.